818 A.2d 330

IN THE MATTER OF JAMES A. MCCUE,
AN ATTORNEY AT LAW.

March 26, 2003.

## ORDER

This matter having been duly presented to the Court on the petition of **JAMES A. McCUE** of **SHREWSBURY**, who was admitted to the bar of this State in 1977, and who thereafter was

transferred to disability inactive status by Order of this Court filed on September 19, 2002, to be restored to active status, and good cause appearing;

It is ORDERED that **JAMES A. McCUE** is hereby restored to active status, effective immediately, and it is further

ORDERED that **JAMES A. McCUE** shall provide the Office of Attorney Ethics with reports by a mental health professional approved by the Office of Attorney Ethics, attesting to his mental fitness to practice law, on a semiannual basis and until further Order of the Court.